Sally S. Kim (OSB # 122253)
sallykim@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone:  (206) 695-5147
Facsimile:  (206) 689-2822
Attorneys for Defendant
State Farm Fire and Casualty Company


# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| YUNN CHYI CHEN,<br><br>               Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>               Defendant. | Case No.<br><br>**NOTICE OF REMOVAL UNDER 28 USC § 1441(b) (DIVERSITY)** |

TO:      ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD;

AND TO:      THE CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that Defendant State Farm Fire and Casualty Company hereby removes to this Court the state court action described below.

Pursuant to 28 U.S.C. §§ 1332(a), and 1441(b) and 1446, Defendant State Farm Fire and Casualty Company ("State Farm" or "Defendant") submits notice of its removal of this action,

---

NOTICE OF REMOVAL UNDER 28 USC § 1441(b)
(DIVERSITY)
Page 1 of 5
Case No.

**Gordon Rees Scully Mansukhani,** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

caption *Yunn Chyi Chen v. State Farm Fire and Casualty Company*, and bearing civil case number 26CV21787, from the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon. Pursuant to 28 U.S.C. § 1446(a) and signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, State Farm states as follows:

1. On May 4, 2026, Plaintiff Yunn Chyi Chen ("Plaintiff") filed a complaint in the Circuit Court of the State of Oregon for the County of Multnomah, titled *Yunn Chyi Chen v. State Farm Fire and Casualty Company*, civil case number 26CV21787 (the "State Court Action"). A true and correct copy of the Complaint, along with all other pleadings filed and served in the State Court Action, are attached hereto as **Exhibits 1-3**.

2. In the Complaint, Plaintiff alleges that on or about December 16, 2025, Plaintiff sustained damage from an accidental physical loss. *See* **Exhibit 1, ¶ 5.** Plaintiff further alleges that State Farm issued a homeowners insurance policy to Plaintiff. *See* **Exhibit 1, ¶ 3.**

3. Plaintiff alleges that State Farm breached its policy contract with Plaintiff by refusing to pay all of Plaintiff's damages. Plaintiff asserts a breach of contract claim against State Farm. Under this claim, Plaintiff also alleges a breach of implied covenant against State Farm. Plaintiff seeks to recover alleged damages in an amount of $350,000.00. *See* **Exhibit 1, ¶ 8.**

4. Plaintiff also asserts a claim for negligence per se against State Farm in relation to its review, investigation, and decision to not fully pay for the loss and seeks to recover alleged damages in an amount of $250,000.00. *See* **Exhibit 1, ¶ 21.**

5. Plaintiff also seeks to recover her attorney's fees in this action pursuant to ORS 742.061. *See* **Exhibit 1, ¶ 9.**

**NOTICE OF REMOVAL UNDER 28 USC § 1441(b) (DIVERSITY)**
Page 2 of 5
Case No.

**Gordon Rees Scully Mansukhani,** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## VENUE

6.      The Circuit Court of the State of Oregon for the County of Multnomah is located within this District.  Pursuant to U.S.C. § 1446(a), State Farm files this notice "in the district court of the United States for the district and division within which such action is pending."

7.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1441(a) because Plaintiff is a citizen of Oregon and the case arises from an insurance policy issued to Plaintiff while domiciled in Oregon.


## SUBJECT MATTER JURISDICTION

8.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because (1) there is complete diversity of citizenship between Plaintiff and Defendant; (2) the amount in controversy exceeds $75,000, exclusive of interests and costs; and (3) all other requirements for removal have been satisfied.

9.      For purposes of diversity jurisdiction, Defendant State Farm is an insurance company formed pursuant to the laws of the State of Illinois with its principal place of business in the State of Illinois.

10.     Plaintiff is domiciled in Oregon.

11.     Because Plaintiff is a citizen of Oregon and Defendant is a citizen of Illinois, there is complete diversity of citizenship.

12.     In this case, Plaintiff's purported damages total approximately $600,000.00.  *See* **Exhibit 1,** p.1. Plaintiff further seeks to recover her attorney's fees pursuant to ORS 742.061. *Id.*, ¶ 9. Therefore, the amount in controversy exceeds the $75,000 jurisdictional threshold.

NOTICE OF REMOVAL UNDER 28 USC § 1441(b)
(DIVERSITY)
Page 3 of 5
Case No.

**Gordon Rees Scully Mansukhani,** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**OTHER REMOVAL REQUIREMENTS**

13.    On May 5, 2026, Plaintiff served State Farm with the Complaint. **Exhibit 1**. The last date of removal is June 4, 2026. State Farm hereby files this Notice of Removal within 30 days thereof pursuant to 28 U.S.C. § 1446(b)(1).

14.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings served on State Farm and filed in the State Court Action are attached hereto as **Exhibits 1-3**.

15.    Pursuant to 28 U.S.C. § 1446(d) and affirmed in the attached Certificate of Service, State Farm has served Plaintiff with this Notice of Removal.

16.    A copy of this Notice of Removal shall be promptly filed with the Circuit Court of the County of Multnomah.

**CONCLUSION**

17.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), and this action is one which may be removed to Federal court by State Farm pursuant to 28 U.S.C. §§ 1441(b) and 1446(a), as there is complete diversity in citizenship between Plaintiff and State Farm and because the amount in controversy, as set forth above, exceeds $75,000, exclusive of interest and costs.

**WHEREFORE,** State Farm Fire and Casualty Company hereby removes this action from the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon. By filing this Notice of Removal, no party waives any defenses that may be available to it and reserves all such defenses.

**NOTICE OF REMOVAL UNDER 28 USC § 1441(b)
(DIVERSITY)**
Page 4 of 5
Case No.

**Gordon Rees Scully
Mansukhani,** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Dated: June 4, 2026

GORDON REES SCULLY
MANSUKHANI, LLP


By: _s/Sally S. Kim_
    Sally S. Kim (OSB # 122253)
Attorneys for: Defendant State Farm Fire
and Casualty Company

**Gordon Rees Scully**
**Mansukhani, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822